```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCRECIA CANELA,

                Plaintiff,

v.

JMF RESTAURANT CORP d/b/a JUDY'S SPANISH RESTAURANT, and JOSE PABLOT TOBON-OLGUIN, individually,

                Defendants.

No. 22-CV-8587 (RA)

ORDER OF REFERENCE

RONNIE ABRAMS, United States District Judge:

    This action is referred to Magistrate Judge Wang for the following purposes:

| | | | |
|---|---|---|---|
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| X | Specific Non-Dispositive Motion/Dispute: Class certification, if any | | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | | Habeas Corpus |
| | Settlement | | Social Security |
| | Inquest After Default/Damages Hearing | | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: |

SO ORDERED.

Dated:   October 20, 2022
           New York, New York

                                          Ronnie Abrams
                                          United States District Judge