UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| LUCRECIA CANELA | Plaintiff,<br>CIVL ACTION# 22-CV-08587 |
| --- AGAINST --- | AFFIDAVIT OF SERVICE |
| JMF RESTAURANT CORP., ET. AL. | Defendant, |

STATE OF NEW YORK)
                 )SS.
COUNTY OF ALBANY )

BILLIE JO WILLIAMS being duly sworn, deposes and says:

That she is over the age of eighteen years and is not a party to this action.

That on the 17th day of October, 2022, she served the Summons in a Civil Action and Complaint at 2:30 p.m. on JMF RESTAURANT CORP., a domestic corporation, one of the defendants in this action by personally delivering to and leaving with a person, SUE ZOUKY, a white female with grey hair, light eyes approximately 67 years of age, 5'0 and 128 lbs authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

_____
BILLIE JO WILLIAMS

Sworn before me this
17th day of October, 2022

_____
LAWRENCE A. KIRSCH
4787475
Notary Public - State of New York
Residing in Albany County
Commission Expires May 31, 2023