UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Attorney: JACOB ARONAUER, ESQ PH: (212) 323-6980
Address: 225 BROADWAY, SUITE 307 NEW YORK, NY 10007

Job #: 192132

| | |
|---|---|
| LUCRECIA CANELA *Plaintiff* | Index Number: 22-CV-08587 |
| vs | Date Filed: 10/11/2022 |
| JMF RESTAURANT CORP. ET. AL. *Defendant* | Client's File No.: |
| | Court Date: |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:
MOHANED ELGIZAWY, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **10/29/2022**, at **9:52 AM** at: **53-11 32ND AVENUE, 2ND FLOOR, WOODSIDE, NY 11377** Deponent served the within **Summons in A Civil Action and Complaint**

On: **MR. JOSE PABLOT TOBON-OLGUIN**, Defendant therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☒ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to Refused Name (Co-Tennant) a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [X] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there

☐ **#4 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be thereof.

☒ **#5 MAILING**
On 10/31/2022, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [X] Actual Place of Residence [] Actual Place of Business, **53-11 32ND AVENUE, 2ND FLOOR, WOODSIDE, NY 11377** and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
Sex: Male   Color of skin: Tan   Color of hair: Black   Glasses:
Age: 36-50   Height: 5ft 4in - 5ft 8in   Weight: 131-160 Lbs.   Other Features:

☒ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

Sworn to before me on 10/31/2022

JAY BRODSKY
Notary Public State of New York
No. 01BR4883271
Qualified in New York County
Commission Expires Feb. 2, 2023

MOHANED ELGIZAWY
2078481-DCA

ABC Process Serving Bureau Inc., 225 Broadway, Suite 3110, New York, NY 10007