The Law Offices of Jacob Aronauer

January 5, 2022

**MEMO ENDORSED.**

<u>Via ECF</u>
Hon. Ona T. Wang
United States District Court Southern District of New York

    Re:    Canela v. JMF Restaurant Corp. et al.
           22-cv-08587 (RA) (OTW)

Your Honor:

    This office represents Plaintiff in the above captioned matter. The parties jointly request to adjourn the upcoming initial case management conference. The basis for the request is that Plaintiff recently added two individual Defendants. Defendants' current counsel, Arthur Forman, has advised me that he has been retained by the added Defendants, has agreed to acknowledge service on their behalf, and has requested 30 days to respond to the Amended Complaint, to which I have consented. We believe it is more practical to commence discovery and attend the initial case conference after process has been joined. This is the parties first request for an extension.

           Respectfully,

           */s Jacob Aronauer*
           Jacob Aronauer

<u>Via ECF</u>
*All attorneys on record*

---

Application **GRANTED**. The Initial Case Management Conference previously scheduled for January 11, 2023 is hereby adjourned to **Thursday, February 2, 2023 at 11:30 a.m.**

The Clerk of Court is respectfully directed to close ECF Nos. 26 and 27.

**SO ORDERED.**

_____
Ona T. Wang           1/6/23
U.S.M.J.