UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LUCRECIA CANELA,  :
  :
            Plaintiff,  :  22-CV-8587 (RA) (OTW)
  :
           -against-  :  **ORDER**
  :
JMF RESTAURANT CORP., et al.,  :
  :
           Defendants.  :
  :
  :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an Initial Case Management Conference in this matter on February 2, 2023. Pursuant to rulings made on the record at the conference, counsel for Plaintiff shall provide a redlined copy of Plaintiff's proposed Second Amended Complaint to Defendants by **February 24, 2023**. If the parties are unable to agree on amendment, Plaintiff shall file her Opposition to Defendants' Motion to Dismiss and her Cross-Motion to Amend the Amended Complaint by **March 3, 2023**. Defendants' Reply is due **March 17, 2023**.

Counsel for Plaintiff have represented that they have withdrawn their Motion for Sanctions against Defendants. (ECF 20). ECF 20 is accordingly **DENIED** as moot.

The Clerk of Court is respectfully directed to close ECF Nos. 19 and 20.

**SO ORDERED.**

                                                  _s/ Ona T. Wang_
Dated: February 2, 2023                      **Ona T. Wang**
      New York, New York               United States Magistrate Judge