# ARTHUR H. FORMAN
*Attorney at Law*

98-20 Metropolitan Avenue
Forest Hills, New York 11375

Tel: 718-268-2616  Fax: 718-575-1600
e-Mail: ahf@ahforman.com

February 21, 2023

Hon. Ona T. Wang
United States Magistrate Judge
500 Pearl Street
New York, NY 10007

                         Re:   Canela v. JMF Restaurant Corp., et al.
                               Case No. 22-CV- 08587(RA)(OTW)

Dear Judge Wang:

      This office represents the defendants in the above referenced FLSA action. On February 17, 2023, plaintiff filed a memorandum of law in opposition to defendants' motion to dismiss (Dkt. 25), and a motion seeking leave to file a proposed second amended complaint ("SAC") (Dkt. 26).

      After review of plaintiff's legal arguments in her opposition to defendants' motion to dismiss, Defendants hereby withdraw their objections and consent to plaintiff filing her proposed SAC.

      Defendants respectfully request that they be granted two weeks from the date plaintiff files the proposed SAC to file their answer to it.

      Plaintiff's counsel, Jacob Aronauer, has consented to this request.

Very truly yours,

/S/

Arthur H. Forman

AHF/ms