The Law Offices of Jacob Aronauer

February 28, 2023

**Via ECF**
Hon. Ona T. Wang
United States District Court Southern District of New York

   Re: Canela v. JMF Restaurant Corp. et al.
      22-cv-08587 (RA) (OTW)

Your Honor:

  The parties are pleased to announce that they have settled the matter and agreed to a term sheet. The parties respectfully request they be granted 30 days to provide the Court a settlement agreement for court approval, and that the court grant the parties a stay on discovery and defendants' time to answer the Second Amended Complaint (Dkt. 40), *sine die*.

                    Respectfully,

                     */s Jacob Aronauer*
                     Jacob Aronauer

**Via ECF**
*All attorneys on record*

                Application granted.

                SO ORDERED.

                _____
                Hon. Ronnie Abrams
                3/3/2023