The Law Offices of Jacob Aronauer<br>
225 Broadway, 3rd Floor<br>
New York, New York 10007<br>
(212) 323-6980<br>
jaronauer@aronauerlaw.com

June 12, 2023

**Via ECF**
Hon. Ona T. Wang
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

      Re:   *Canela v. JMF Restaurant Corp. et al*
              1:22-cv-08587 (RA) (OTW)

Dear Judge Wang:

    This office represents Plaintiff in the above captioned matter. With the upmost respect and mindful of the Court's busy docket, on behalf of my client I request a status update conference on the parties joint request for settlement approval that was filed on April 11, 2023.

                                                    Respectfully submitted,

                                      By:   */s Jacob Aronauer*
                                                 Jacob Aronauer

**Via E-mail**
*All attorneys on record*